FORM L51 Final Decree  (v.7.06)

09−31761 − B − 7



# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

## FILED

## 9/25/09

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# FINAL DECREE

**Case Number:**    09−31761 − B − 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Tatyana Nikolaevna Darmancheva
xxx−xx−0020

4604 Jion Ct
Sacramento, CA 96842

**Trustee:**             J. Michael Hopper
PO Box 73826
Davis, CA 95617

**Telephone Number:**      530−757−2033

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7−500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above−entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
9/25/09

For the Court,
Richard G. Heltzel , Clerk

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: admin     Page 1 of 1     Date Rcvd: Sep 25, 2009
Case: 09-31761     Form ID: L51     Total Noticed: 1

The following entities were noticed by first class mail on Sep 27, 2009.
tr     +J. Michael Hopper,     PO Box 73826,     Davis, CA 95617-3826

The following entities were noticed by electronic transmission.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2009     Signature: _Joseph Speetjens_